UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

JHOAN PICHARDO,

        Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 25, 2020

17-CR-512 (KMW)
**ORDER**

KIMBA M. WOOD, District Judge:

    No later than July 2, 2020, the Government shall provide the following information, after conferring with the Bureau of Prisons ("BOP") as appropriate:

1. The criteria used by the BOP to decide whom to test for COVID-19 at the FCI Ft. Dix Satellite Camp, where Defendant resides;

2. Approximately how many tests for COVID-19 have been conducted at FCI Ft. Dix, with distinction made between the main FCI facility and the Satellite Camp;

3. The number of inmates and staff who have tested positive and the number of inmates and staff who have tested negative for COVID-19 at FCI Ft. Dix, both as absolute numbers and as a percentage of the total population of inmates and staff at FCI Ft. Dix, with distinction made between the main FCI facility and the Satellite Camp;

4. Whether any of the 14 inmates detained at FCI Ft. Dix who are currently listed on the BOP's website[1] as having tested positive for COVID-19 reside at the Satellite Camp, and, if so, how COVID-19-positive inmates have come to reside at the Satellite Camp,

---

[1] Bureau of Prisons, *COVID-19 Coronavirus*, https://www.bop.gov/coronavirus/ (Accessed June 24, 2020).

after the Government reported on May 29, 2020, that all residents of the Satellite Camp tested negative for COVID-19 (ECF No. 629);

5. Whether inmates who test positive for COVID-19 at FCI Ft. Dix are quarantined, and, if so, how they are quarantined, with distinction made, if relevant, between the main FCI facility and the Satellite Camp;

6. Whether inmates or staff pass back and forth between the main FCI Ft. Dix facility and the Satellite Camp, and, if so, under what circumstances; and

7. Whether Defendant has been in close proximity to any inmate or staff member who has tested positive for COVID-19.

SO ORDERED.

Dated: New York, New York
      June 25, 2020                                                                           /s/ Kimba M. Wood
                                                                                     KIMBA M. WOOD
                                                            United States District Judge